UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LESLIE DOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ENSITE USA, INC.,<br><br>Defendant. | No: 4:18-2941 (GHM) |

## STIPULATION REGARDING CONDITIONAL COLLECTIVE ACTION CERTIFICATION

WHEREAS, Plaintiff Leslie Doyle commenced this putative collective action under the Fair Labor Standards Act on August 24, 2018;

WHEREAS, Plaintiff filed his motion for conditional certification and notice pursuant to 29 U.S.C. § 216(b) ("the Motion") on June 14, 2019 (ECF No. 26);

WHEREAS, Plaintiff and Defendant EnSite USA, Inc., have reached an agreement regarding the scope of conditional collective action certification and issuance of notice in this matter;

NOW THEREFORE, Plaintiff and Defendant (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. The Parties stipulate and consent to the conditional certification of an FLSA collective action consisting of the following FLSA class:

    a. All current or former individuals who worked for EnSite in the Inspector position and paid a day rate between April 13, 2015 through the present.

1

2. The Parties have negotiated a form of FLSA § 216(b) notice ("Notice") and consent to join form ("Consent") to be sent to the group identified above, which are attached hereto as **Exhibit A**.

3. Within fifteen (15) days of the Court's endorsement of this stipulation and approval of the attached Notice and Consent, Defendant shall provide Plaintiff's counsel with a list in Microsoft Excel format (the "List"), containing the following information for current and former Inspectors, from April 13, 2015 to present, that received a day rate: full names, last known residence addresses, telephone numbers, the state out of which the identified current or former employee was based and day rate paid.

4. Within thirty (30) days of Plaintiff's counsel's receipt of the List from Defendant, Plaintiff's counsel shall cause copies of the Notice and Consent, together with a stamped return envelope addressed to Plaintiff's counsel, to be sent by first class mail to the individuals set forth on the List.

5. As will be set forth in the Notice, the putative participants in this action identified above shall have sixty (60) days from the mailing of the Notice and Consent to join this action by filing their Consent.

6. Thirty (30) days after Notice is mailed to putative participants, Plaintiff's Counsel will send a Reminder Notice and Consent. Attached as **Exhibit B** is the Reminder Notice.

7. Consents shall be returned to Plaintiff's counsel.

8. Defendant reserves their right to oppose certification of the collective action following the close of discovery in this matter, as well as their right to assert other objections and defenses to evidentiary issues, liability, or the scope of damages and other relief.

Dated: July 5, 2019

**APPROVED AS TO FORM:**

**BRUCKNER BURCH PLLC
FITAPELLI & SCHAFFER, LLP**

By: /s/ Rex Burch *with permission

Richard J. (Rex) Burch
Texas Bar No. 24001807
SD Texas No. 21615
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

Joseph A. Fitapelli, *pro hac vice*
Frank J. Mazzaferro, *pro hac vice*
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*-and-*

**EVERSHEDS SUTHERLAND (US) LLP**

By: /s/ Scott R. McLaughlin

Scott R. McLaughlin
Texas State Bar No.: 00791234
Federal ID No.: 18138

Marlene C. Williams
Texas State Bar No.: 24001872
Federal ID No.: 22824

John T. Hays
Texas Bar No.: 24101885
Federal ID No.: 3015861
1001 Fannin, Suite 3700
Houston, Texas 77002
(713) 470-6100

3

SO ORDERED.

Dated: Houston, Texas
       July 8, 2019

_____
Hon. Gray H. Miller, U.S.D.J.