# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE DOYLE, *on Behalf of Himself and All Others Similarly Situated*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-18-2941 |
| ENSITE USA, INC., | § § § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order granting defendant EnSite USA, Inc.'s motion or summary judgment on August 23, 2021 (Dkt. 77) and the order dismissing plaintiff Leslie Doyle's class action and state-law claims filed on this date, all of Doyle's claims are DISMISSED. Judgment is ENTERED in favor of EnSite USA, Inc.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 13, 2021.

_____
Gray H. Miller
Senior United States District Judge